| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Feuerstein, Sandra J. | 2. Court or Organization U.S. District Court, E.D.N.Y. | 3. Date of Report 04/23/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.District Judge, Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

7. Chambers or Office Address

U.S. District Court
1014 Federal Plaza
Central Islip, N.Y. 11722

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Adelphi University Breast Cancer Hotline |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J. | 04/23/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | NYS Vested Pension Plan; Monthly Payments Vary | $89,179.68 |
| 2. 2017 | Judicial Retirees & Survivors; Monthly Payments | $204,933.26 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J. | 04/23/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab (F, BD) (H) | | | | | | | | | |
| 2. Cash | A | Interest | L | T | | | | | |
| 3. IShares Tips (TIP) | A | Dividend | K | T | Buy | 09/26/17 | K | | |
| 4. IShares Tips (TIP) | A | Dividend | J | T | Buy (add'l) | 10/24/17 | J | | |
| 5. IShares Tips (TIP) | A | Dividend | K | T | Buy (add'l) | 12/01/17 | K | | |
| 6. Lord Abbott HY Fund (LAHYX) | A | Dividend | K | T | Buy | 09/26/17 | K | | |
| 7. Lord Abbott HY Fund (LAHYX) | A | Dividend | J | T | Buy (add'l) | 10/24/17 | J | | |
| 8. Lord Abbott HY Fund (LAHYX) | A | Dividend | K | T | Buy (add'l) | 12/14/17 | K | | |
| 9. Blackrock Strategy Income Oppt'y (BSIIX) | A | Dividend | L | T | Buy | 09/26/17 | L | | |
| 10. Blackrock Strategy Income Oppt'y (BSIIX) | A | Dividend | J | T | Buy (add'l) | 10/24/17 | J | | |
| 11. Blackrock Strategy Income Oppt'y (BSIIX) | A | Dividend | K | T | Buy (add'l) | 12/01/17 | K | | |
| 12. Blackrock Total Return Fund (MAHQX) | B | Dividend | M | T | Buy | 09/26/17 | M | | |
| 13. Blackrock Total Return Fund (MAHQX) | B | Dividend | K | T | Buy (add'l) | 10/24/17 | K | | |
| 14. Blackrock Total Return Fund (MAHQX) | B | Dividend | L | T | Buy (add'l) | 12/01/17 | L | | |
| 15. Fidelity Adv. Ltd. Term Bond Fund (EFIPX) | A | Dividend | M | T | Buy | 09/26/17 | M | | |
| 16. Fidelity Adv. Ltd. Term Bond Fund (EFIPX) | A | Dividend | K | T | Buy (add'l) | 10/24/17 | K | | |
| 17. Fidelity Adv. Ltd. Term Bond Fund (EFIPX) | A | Dividend | L | T | Buy (add'l) | 12/01/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Western Asset Core Plus Bond Fund (WACPX) | B | Dividend | M | T | Buy | 09/26/17 | M | | |
| 19. Western Asset Core Plus Fund (WACPX) | B | Dividend | K | T | Buy (add'l) | 10/24/17 | K | | |
| 20. Congress Mid-Cap Growth Inst. (IMIDX) | A | Dividend | K | T | Buy | 09/26/17 | K | | |
| 21. Congress Mid-Cap Growth Inst. (IMIDX) | A | Dividend | J | T | Buy (add'l) | 10/24/17 | J | | |
| 22. Congress Mid-Cap Growth Inst. (IMIDX) | A | Dividend | K | T | Buy (add'l) | 12/01/17 | K | | |
| 23. T Rowe Price Blue Chip Growth Fund (TBCIX) | C | Dividend | L | T | Buy | 09/26/17 | L | | |
| 24. T Rowe Price Blue Chip Growth Fund (TBCIX) | C | Dividend | K | T | Buy (add'l) | 10/24/17 | K | | |
| 25. T Rowe Price Blue Chip Growth Fund (TBCIX) | C | Dividend | L | T | Buy (add'l) | 12/14/17 | L | | |
| 26. Vanguard Equity Income Fund (VEIRX) | B | Dividend | M | T | Buy | 09/26/17 | M | | |
| 27. Vanguard Equity Income Fund (VEIRX) | B | Dividend | K | T | Buy (add'l) | 10/24/17 | K | | |
| 28. Citibank (M) (checking, interest bearing) | E | Dividend | L | T | | | | | |
| 29. Fidelity (F, BD) (H) | | | | | | | | | |
| 30. Fidelity Newbury MM Fund (FZFXX) | B | Dividend | N | T | Buy | 12/29/17 | N | | |
| 31. Elements Int'l Port (ELINX) | C | Dividend | M | T | Buy | 05/09/17 | M | | |
| 32. Wisdomtree US Quality Div Growth Fund (DGRW) | D | Dividend | M | T | | | | | |
| 33. Stoneridge US Master (VRPIX) | D | Dividend | M | T | | | | | |
| 34. IShares Russell 1000 Growth ETF (IWF) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AQR Long-Short Equity Fund (QLEIX) | C | Dividend | L | T | Buy | 08/09/17 | L | | |
| 36. Doubletree Total Return Bond Fund (DBLTX) | D | Dividend | M | T | | | | | |
| 37. Prudential S/T Corporate Bond (PIFZX) | B | Dividend | K | T | | | | | |
| 38. Stone Ridge Re-Ins Risk Premium Fund (SRRIX) | A | Dividend | K | T | | | | | |
| 39. Stone Ridge Re-Ins Risk Premium Fund (SRRIX) | A | Dividend | J | T | Buy (add'l) | 09/22/17 | J | | |
| 40. Pax World Global Green Fund-Inst'l (PGINX) | B | Dividend | K | T | | | | | |
| 41. TCG BDC Inc. (common stock) (CGBD) | | None | K | T | Buy | 05/12/17 | K | | |
| 42. Carlyle GMS Finance (restricted stock) (14399C103) | B | Dividend | K | Q | Buy | 05/12/17 | K | | |
| 43. Carlyle GMS Finance (restricted stock) (14399C103) | B | Dividend | J | Q | Buy (add'l) | 06/02/17 | J | | |
| 44. NYS Drom Auth St PERS (5.25%) (64990FCA0) | B | Interest | K | T | | | | | |
| 45. NYS Local Gov't (5.00%) (649876J34) | B | Interest | L | T | | | | | |
| 46. NYC Muni Water Fin. Auth (5.00%) (64972FJ98) | B | Interest | L | T | | | | | |
| 47. Tri-Boro Brdg & Tunl Auth (5.00%) (89602NWS9) | B | Interest | K | T | | | | | |
| 48. Tri-Boro Brdg & Tunl Auth (4.00%) (89602NZG2) | A | Interest | J | T | Buy | 06/22/17 | J | | |
| 49. NY Gen'l Obl (4.00%) (64966GS94) | A | Interest | K | T | | | | | |
| 50. NYS T'way Auth St PERS (5.00%) (650028TC7) | B | Interest | K | T | | | | | |
| 51. NYC TFA (5.00%) (64971QAQ6) | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NYS Gen'l Obl (3.00%) (649791FY1) | A | Interest | K | T | | | | | |
| 53. Suffolk Cnty NY Wtr Auth Wtrw (3.00%) (864784DJ9) | A | Interest | K | T | | | | | |
| 54. Port Auth NY&NJ Consl. (5.00%) (73358WJM7) | B | Interest | K | T | | | | | |
| 55. NYS Gen'l Obl. (4.00%) (649791AT7) | B | Interest | L | T | | | | | |
| 56. NYS Envir'l FACS (4.00%) (64986AV32) | A | Interest | K | T | | | | | |
| 57. NYS Envir'l FACS (5.00%) (64986A3E9) | B | Interest | K | T | | | | | |
| 58. NYS Dorm Auth St PERS (5.00%) (64990EFB8) | | None | K | T | Buy | 10/04/17 | K | | |
| 59. NYS Envir'l FACS (5.00%) (64986AYD7) | A | Interest | J | T | | | | | |
| 60. Sales Tax Asset receivable Corp (5.00%) (794665FP9) | B | Interest | K | T | | | | | |
| 61. Utility Debt Securitization Auth (5.00%) (91802RAG4) | A | Interest | K | T | | | | | |
| 62. NYS Urban Dev Corp Rev (5.00%) (650035N38) | B | Interest | L | T | | | | | |
| 63. NYC TFA (5.00%) (64971QXU2) | A | Interest | J | T | | | | | |
| 64. Vanguard (B, M) (cash) | A | Interest | M | T | | | | | |
| 65. Bank of America (M) | A | Interest | | | Closed | 09/19/17 | M | | |
| 66. Bethpage Federal Credit Union (M) | A | Interest | | | Closed | 10/24/17 | M | | |
| 67. Capital One (M) | A | Interest | | | Closed | 09/14/17 | M | | |
| 68. T.D. Ameritrade (B, M) (cash) | C | Interest | | | Closed | 08/14/17 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. C.P.S.H. | | None | | | Distributed | 12/29/17 | M | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Further Explanation Regarding Section VII of Sandra J. Feuerstein's Amended FDR 2017:

1. I transferred most of the assets in the Vanguard account to the Fidelity brokerge account (previously established) and to the Charles Schwab brokerage account (newly established). A portion was retained in cash.

2. The accounts held at Bank of America, Bethpage Federal Credit Union, CapitalOne, and T.D. Ameritrade were closed and the assets held therein were transferred into the Fidelity brokerage account (previously established) and the Charles Schwab brokerage account (newly established).

3. The "C.P.S.H." asset is a holding partnership in which ███ held an interest. Upon █ death ████ interest in the partnership was transferred into █ probate estate for eventual distribution ███. I have no interest in or responsibility ███ interest in C.P.S.H.

This asset is most accurately described as "Pending Distribution", but that is not an option in the drop-down menu for Column D(1). I have, therefore, chosen "Distribution". Also, to avoid generating an "error" in the Audit Report Software, in Column D(2) I have indicated that the "Distribution" occurred on December 29, 2017; however, the asset is still part of ███ probate estate and awaiting distribution.

4. The Appraisal Date for Carlyle GMS Finance (restricted stock) (14399C103) (Part VII, lines 42 & 43) is June 14, 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra J. Feuerstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544